# EXHIBIT

# A

Case: 4:16-cv-00508-JAR Doc. #: 1-1 Filed: 04/13/16 Page: 2 of 2 PageID #: 50

## Grand Compromise

| District | Population | Deviation | % Deviation | White | % White | Black | % Black | Hispanic Origin | % Hispanic Origin | 18+ Pop | % 18+ Pop |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 748616 | 0 | 0% | 330258 | 44.12% | 370546 | 49.5% | 22786 | 3.04% | 575747 | 76.91% |
| 2 | 748616 | 0 | 0% | 675748 | 90.27% | 25215 | 3.37% | 17729 | 2.37% | 572953 | 76.53% |
| 3 | 748615 | -1 | -0% | 698355 | 93.29% | 24048 | 3.21% | 15883 | 2.12% | 563121 | 75.22% |
| 4 | 748616 | 0 | 0% | 674153 | 90.05% | 34424 | 4.6% | 24261 | 3.24% | 573148 | 76.56% |
| 5 | 748616 | 0 | 0% | 515002 | 68.79% | 164763 | 22.01% | 62451 | 6.34% | 569092 | 76.02% |
| 6 | 748616 | 0 | 0% | 686754 | 91.74% | 28619 | 3.82% | 24968 | 3.34% | 564604 | 75.42% |
| 7 | 748616 | 0 | 0% | 686569 | 91.71% | 12149 | 1.62% | 32310 | 4.32% | 571294 | 76.31% |
| 8 | 748616 | 0 | 0% | 691930 | 92.43% | 33627 | 4.49% | 12081 | 1.61% | 573532 | 76.61% |

